**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DARIA LEWIS, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. 4:25-cv-3959 |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | § | |
| | § | |
| Defendant. | § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS


## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that she has reached a settlement with Defendant Portfolio Recovery Associates, LLC. Plaintiff moves that all deadlines be stayed and that she be given forty-five days to submit a notice of dismissal as to the Defendant.

Respectfully submitted,

/s/ James A. Foley
James A. Foley SBN 24055491
James Foley PLLC
4116 West Vickery Blvd., #103
Fort Worth, Texas 76107
(817) 738-1633
Fax (866) 512-5807
ATTORNEY FOR PLAINTIFF
HALEY SMITH